## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY D. WHITMORE, ) <br> a/k/a DON GREGERSON, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SGT. CINDY ALPERT, in her individual and ) <br> official capacity, Correctional Officers ) <br> JETTON, McCABE, FEDDERKE, ) <br> C. THOMPSON, individually and in their ) <br> official capacity, Medical Technician TEEL ) <br> in his individual and official capacity, ) <br> ) <br>       Defendants. ) | CASE NO. 08-420-PMF |

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Troy D. Whitmore, a/k/a Don Gregerson, and against defendants Cindy Albert, Amy Jetton, Stephen Teel, Charles Thompson, Christopher McCabe and Kevin Fedderke in the amount of $500.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Order filed April 19, 2011 (Document 75), summary judgment is entered in favor of defendants Amy Jetton, Charles Thompson and Stephen Teel and against plaintiff Troy D. Whitmore, a/k/a Don Gregerson, on plaintiff's claim for excessive force in violation of the Eighth Amendment.

      **DATED: August 13, 2012.**                       **NANCY J. ROSENSTENGEL, CLERK**

                                                                                              By: */s Karen R. Metheney* <br>                                                                                                             Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier* <br>
**HON. PHILIP M. FRAZIER** <br>
**UNITED STATES MAGISTRATE JUDGE**